In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-479 CR


____________________



WINSTON E. ROBINSON III, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 77001






MEMORANDUM OPINION (1)


 On April 9, 2003, the State of Texas filed a motion to dismiss for lack of
jurisdiction the appeal of Winston E. Robinson III. The appellant did not respond to the
motion or otherwise identify any issues unrelated to the conviction that may be raised on
appeal. This is an appeal from a felony case in which the trial court followed the plea
bargain agreement as to punishment. The notice of appeal did not comply with the
mandatory notice requirements for appeals in plea-bargained felony cases. See Tex. R.
App. P. 25.2(b)(3). Although a general notice of appeal invokes the Court's jurisdiction
to consider appealable matters unrelated to the conviction, no appealable issue has been
raised in response to the State's motion to dismiss. Compare, Vidaurri v. State, 49
S.W.3d 880 (Tex. Crim. App. 2001). The Court finds that the notice of appeal filed by
the appellant did not invoke this Court's appellate jurisdiction. See White v. State, 61
S.W.3d 424, 428-29 (Tex. Crim. App. 2001). Accordingly, the State's motion to dismiss
is GRANTED and the appeal is therefore dismissed for lack of jurisdiction.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered April 24, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.